# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-cr-51(14) |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| BRENT ALLEN EGLESTON, | : | |
| Defendant. | : | |

# ORDER

This matter is before the Court on Defendant's unopposed Motion to Amend Pretrial Release (Doc. #405). On December 23, 2025, Defendant appeared for his plea hearing, during which the Court heard from counsel for both sides and reviewed a status report from Pretrial Services. For good cause shown, the undersigned hereby **GRANTS** Defendant's unopposed Motion. Effective immediately, the pretrial release condition requiring Defendant to wear an ankle monitor is **TERMINATED**. Therefore, Defendant's ankle monitor shall be removed. All other pretrial release requirements are **UNCHANGED** and remain in full force and effect.

**IT IS SO ORDERED.**

December 23, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge